# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA HINOJO, III,<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, et al.,<br><br>Defendants. | Case No. 1:23-cv-01184-JLT-SAB<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT AS FRIVOLOUS AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 5) |

Plaintiff Francisco Garcia Hinojo, III is appearing *pro se* in this action filed on August 9, 2023. (Doc. 1.) On August 11, 2023, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. 3.) On September 15, 2023, the District Judge adopted the findings and recommendations and ordered Plaintiff to pay the filing fee to proceed. (Doc. 4.) On September 21, 2023, Plaintiff paid the filing fee in this action.

On September 29, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that this action be *sua sponte* dismissed for being frivolous, and lacking in any arguable basis of fact or law. (Doc. 5.) Plaintiff was granted 21 days in which to file objections to the findings and recommendation. (*Id.*) No objections have been filed, and the time to do so has passed.

///

///

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued September 29, 2023 (Doc. 5) are **ADOPTED IN FULL**.
2. The complaint is **DISMISSED** without leave to amend.
3. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **October 27, 2023**

UNITED STATES DISTRICT JUDGE